IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| K.MIZRA LLC, § | |
| § | |
| Plaintiff, § | Case No. 2:21-cv-00248-JRG |
| § | (Member Case) |
| v. § | |
| § | |
| FORESCOUT TECHNOLOGIES, INC., § | |
| § | |
| Defendant. § | |

## NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), Plaintiff K.Mizra LLC hereby file this notice of dismissal and dismisses with prejudice all claims against Defendant Forescout Technologies Inc.  Dismissal is proper pursuant to Rule 41(a)(1)((A) because Forescout has not yet answered or filed a motion for summary judgment.  This dismissal is conditionless and each party shall bear its own costs, attorneys' fees, and expenses.

Dated: February 17, 2023

Respectfully submitted,

*// Paul Sung Cha w/permission Claire Abernathy Henry*

Paul Sung Cha
**LEAD COUNSEL** (admitted *pro hac vice*)
CO State Bar No. 34811
pscha@sheridanross.com
Angela J. Bubis (admitted *pro hac vice*) CO State Bar No. 58144
abubis@sheridanross.com
SHERIDAN ROSS P.C.
1560 Broadway, Suite 1200

Denver, Colorado 80202-5141
Telephone: (303) 863-9700
E-mail: litigation@sheridanross.com

Claire Abernathy Henry
Texas Bar No. 24053063
Andrea Leigh Fair
Texas Bar No. 24078488
Charles Everingham IV
Texas Bar No. 00787447
WARD, SMITH & HILL, PLLC
1507 Bill Owens Parkway
Longview, TX 75604
Telephone: (903) 757-6400
claire@wsfirm.com
andrea@wsfirm.com
ce@wsfirm.com

*Counsel for Plaintiff K.Mizra LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed electronically in compliance with Local Rule CV-5(a). Therefore, this document was served on all counsel who are deemed to have consented to electronic service on this the 17th day of February, 2023.

*/s/ Claire Henry*